**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
<u>SOUTHERN DISTRICT OF TEXAS</u>

Case number (if known): _____   Chapter   **7**

☐ Check if this is an amended filing

<u>Official Form 201</u>
## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**                    **Nabeelco Enterprises LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    7  5  –  2  9  6  9  1  9  6

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | <u>8208 Westpark Dr. #A</u><br>Number   Street | <u>14203 Megans Falls Ct.</u><br>Number   Street |
   | | P.O. Box |
   | <u>Houston</u>          <u>TX</u>   <u>77063</u><br>City          State   ZIP Code | <u>Humble</u>          <u>TX</u>   <u>77338</u><br>City          State   ZIP Code |
   | <u>Harris</u><br>County | Location of principal assets, if different from principal place of business |
   | | Number   Street |
   | | City          State   ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Nabeelco Enterprises LLC**                                           Case number (if known) _____

**7.   Describe debtor's business**

    *A.  Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

    *B.  Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C.   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    __4__ __4__ __1__ __1__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11.  *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor __**Nabeelco Enterprises LLC**_____     Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____ When _____ Case number _____<br>                                                      MM / DD / YYYY<br><br>         District _____ When _____ Case number _____<br>                                                      MM / DD / YYYY<br><br>         District _____ When _____ Case number _____<br>                                                      MM / DD / YYYY |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes. Debtor _____ Relationship _____<br><br>         District _____ When _____<br>                                                   MM / DD / YYYY<br><br>         Case number, if known _____<br><br><br>         Debtor _____ Relationship _____<br><br>         District _____ When _____<br>                                                   MM / DD / YYYY<br><br>         Case number, if known _____ |

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor  **Nabeelco Enterprises LLC**                                    Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                           Number        Street

                           _____

                           _____
                           City                              State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency   _____

         Contact name      _____

         Phone             _____

---

## ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Nabeelco Enterprises LLC**                                           Case number (if known) _____

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   ■ I have been authorized to file this petition on behalf of the debtor.

   ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on  _03/29/2024_
   　　　　　　　MM / DD / YYYY

   X _____
   Signature of authorized representative of debtor

   **Nabeel Hussain**
   Printed name

   **Managing Member**
   Title

18. **Signature of attorney**

   X _____     Date _03/29/2024_
   Signature of attorney for debtor                     MM / DD / YYYY

   **Richard Lee Fuqua II**
   Printed name

   **Fuqua & Associates, P.C.**
   Firm name

   **8558 Katy Freeway**
   Number          Street

   **Suite 119**

   **Houston**                              **TX**        **77024**
   City                                     State        ZIP Code

   **(713) 960-0277**                       **RLFuqua@FuquaLegal.com**
   Contact phone                            Email address

   **07552300**                             **TX**
   Bar number                               State

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **Nabeelco Enterprises LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/29/2024**      X _____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

**Nabeel Hussain**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case**

Debtor name    <u>**Nabeelco Enterprises LLC**</u>

United States Bankruptcy Court for the: <u>**SOUTHERN DISTRICT OF TEXAS**</u>

Case number
(if known)    _____

☐ Check if this is an
amended filing

<u>Official Form 206A/B</u>

## Schedule A/B: Assets -- Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

     ☐ No. Go to Part 2.
     ☒ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

                                                                                          Current value of
debtor's interest

2. **Cash on hand**      _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Checking account<br>Plains Capital Bank | Checking account | 0 0 6 8 | $195.90 |
| 3.2. | Checking account<br>Plains State Bank | Checking account | 2 2 3 9 | $5,546.18 |
| 3.3. | Checking account<br>Wells Fargo Bank | Checking account | 5 5 5 4 | $4,508.79 |
| 3.4. | Checking account<br>Wells Fargo Bank | Checking account | 4 6 3 5 | $2,902.50 |
| 3.5. | Checking account<br>Held by agreement<br>Amerant Bank<br>10500 Marks Way,<br>Miramar, FL 33025<br><br>Regarding Cause #202377051,<br>#333rd District Court, Harris County | Checking account | 9 9 1 2 | $152,535.00 |

Debtor   **Nabeelco Enterprises LLC**                                    Case number (if known) _____
_____
Name

4.   **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**                                                        | $165,688.37 |
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

## Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

7.   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                       | $0.00 |
Add lines 7 through 8.  Copy the total to line 81.

## Part 3:   Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

11.  **Accounts receivable**

11a.  90 days old or less:    515,880.76   –   $0.00   = ............ →   515,880.76
                              face amount      doubtful or uncollectible accounts

11b.  Over 90 days old:    $1,519,149.03   –   $0.00   = ............ →   $1,519,149.03
                           face amount         doubtful or uncollectible accounts

12.  **Total of Part 3**                                                        | 2,035,029.79 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:   Investments

13.  **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

                                                         Valuation method           Current value of
                                                         used for current value     debtor's interest

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

Debtor    **Nabeelco Enterprises LLC**                                            Case number (if known) _____
          Name

15. **Non-publicly traded stock and interests in incorporated and unincorporated
    businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and
    non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**                                                        | $0.00 |
    Add lines 14 through 16.  Copy the total to line 83.

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**                                                        | $0.00 |
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |

Debtor   **Nabeelco Enterprises LLC**_____   Case number (if known) _____
          Name

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.                                      $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No.  Go to Part 8.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 1 Desk | | | $500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Fork lift 4 Paint booths 1 Computer server | | | $220,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
    or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                      $220,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **Nabeelco Enterprises LLC**_____        Case number (if known) _____
          Name

---

### Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats
     trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

51.  **Total of Part 8.**                                                                  $0.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

---

### Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **Office space located at<br>8208 Westpark Dr., #A<br>Houston, TX 77063<br>Office space located at Houston, TX<br>77063<br>See also Schedule G, Executory<br>Contracts<br>and Unexpired Leases** | Leasehold interest | | | $0.00 |

56.  **Total of Part 9.**                                                                  $0.00
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☑ No
     ☐ Yes

---

Debtor   **Nabeelco Enterprises LLC**  _____   Case number (if known) _____
      Name

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |
| 66. Total of Part 10. <br> Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

                                                  Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

Debtor    **Nabeelco Enterprises LLC**                                          Case number (if known) _____
          Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                         | $0.00 |
    Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $165,688.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | 2,035,029.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $220,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. 2,421,218.16 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ........................................................    2,421,218.16

**Fill in this information to identify the case:**

Debtor name **Nabeelco Enterprises LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

<u>Official Form 206D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

---

**2.1**

**Creditor's name**
Amerant Bank

**Creditor's mailing address**
750 Town And Country Blvd #100

_____

Houston          TX    77024

**Creditor's email address, if known**

_____

Date debt was incurred    08/2022

Last 4 digits of account
number                   ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Specify each creditor, including this
   creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**This collateral is an asset of the Debtor**

**Describe the lien**
**UCC Filing / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | **Column A** | **Column B** |
|---|---|---|
| | $10,000,000.00 | $2,035,029.79 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$10,257,466.77

Debtor   **Nabeelco Enterprises LLC** _____   Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>*Amount of claim*<br>Do not deduct the<br>value of collateral. | Column B<br>*Value of collateral<br>that supports<br>this claim* |
|---|---|---|

**2.2** **Creditor's name**
Ascentium Capital

**Creditor's mailing address**
23970 US-59

_____

_____

Kingwood          TX    77339

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Paint booths & computer equipment**

**Describe the lien**

**UCC / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $257,466.77

Column B: $220,000.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Nabeelco Enterprises LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(_____)

Debtor    **Nabeelco Enterprises LLC**                          Case number (if known) _____

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,925,665.16 |

AP - Reinsurance Company

PO Box 92647

☐ Contingent
☐ Unliquidated
☐ Disputed

Albuquerque          NM    87199

**Basis for the claim:**  **Insurance**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,424.81 |

Capital One

PO Box 30273

☐ Contingent
☐ Unliquidated
☐ Disputed

Salt Lake City          UT    84130-0273

**Basis for the claim:**  **Credit Card**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,554.55 |

Capital One

PO Box 30273

☐ Contingent
☐ Unliquidated
☐ Disputed

Salt Lake City          UT    84730-0273

**Basis for the claim:**  **Line of Credit**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $738.47 |

Chase Bank

9400 N Sam Houston Pkwy East

☐ Contingent
☐ Unliquidated
☐ Disputed

Humble          TX    77396

**Basis for the claim:**  **Credit Card**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor __**Nabeelco Enterprises LLC**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$850,000.00

YLLOM L.L.C._____

PO Box 38484_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Houston_____ TX____ 77238____

Balance_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   ___ ___ ___ ___

☑ No
☐ Yes

Debtor __Nabeelco Enterprises LLC_____    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

4.1   __Henry Kollenberg_____    Line _____

__1401 McKinney St._____    ☑ Not listed. Explain:    __ __ __ __

__Suite 1700_____    **Notice Only**

_____

__Houston_____ **TX**___ **77010**____

Debtor   **Nabeelco Enterprises LLC**                                        Case number (if known) _____

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5.**   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. _____ **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$2,849,382.99** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. _____ **$2,849,382.99** |

**Fill in this information to identify the case:**

Debtor name __Nabeelco Enterprises LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number _____   Chapter __7__
(if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐  **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑  **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Office lease
Term remaining - 9 months
Contract to be ASSUMED | __Domain At Westpark LLC__
__8208 Westpark Dr.__
|  | **State the term remaining** | _____ | _____ |
|  | **List the contract number of any government contract** | _____ | __Houston__        __TX__     __77063__ |

**Fill in this information to identify the case:**

Debtor name   __Nabeelco Enterprises LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)   _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors,** *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

Check all schedules
that apply:

| | **Name** | **Mailing address** | **Name** | |
|---|---|---|---|---|
| 2.1 | AFLOA, LLC | 8208 Westpark Dr., #B<br>Number    Street<br><br>Houston          TX   77063<br>City               State   ZIP Code | Amerant Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | AFLOA, LLC | 8208 Westpark Dr. #B<br>Number    Street<br><br>Houston          TX   77063<br>City               State   ZIP Code | Ascentium Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Nabeel Hussain | 8208 Westpark Dr., #B<br>Number    Street<br><br>Houston          TX   77063<br>City               State   ZIP Code | Amerant Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Nabeel Hussain | 8208 Westpark Dr. #B<br>Number    Street<br><br>Houston          TX   77063<br>City               State   ZIP Code | Ascentium Capital | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Nabeelco Enterprises LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................... 2,421,218.16

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................... 2,421,218.16

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................... **$10,257,466.77**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................... **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.................... **+ $2,849,382.99**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................... **$13,106,849.76**